701 A.2d 222

COMMONWEALTH of Pennsylvania

v.

Steven SZAREWICZ, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 18, 1997.

Decided Oct. 7, 1997.

Charles A. Knoll, Jr., Richard O'Neill Early, Pittsburgh, Donald R. Kuchek, Springdale, for Steven Szarewicz.

Robert E. Colville, Claire C. Capristo, Kevin McCarthy, Pittsburgh, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.